**SO ORDERED.**

**SIGNED July 25, 2012.**



ROBERT SUMMERHAYS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVSION

IN RE: JEREMY BERTRAND            CASE NO. 12-50905
       ANGELINA BERTRAND            CHAPTER 7 BANKRUPTCY

### ORDER GRANTING MOTION TO TRANSFER VENUE INTRA-DISTRICT

The Court considering the foregoing Motion:

**IT IS HEREBY ORDERED** that for reasons set forth in Debtors' Motion to

Transfer Venue Intra-District is GRANTED;

###

This order was prepared and is being submitted by:

/s/ CHRISTIAN D CHESSON
Christian D. Chesson
Bar Number #24053
One Lake Shore Dr. Suite 1800
Lake Charles, La 70629
337-436-5297