# UNITED STATES BANKRUPTCY COURT
### Western District of Louisiana
### Judge Robert Summerhays

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/18/12.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or by logging on to PACER at https://ecf.lawb.uscourts.gov.

**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor (name(s) and address):**<br>Jeremy R. Bertrand<br>*( debtor has no known alias )*<br>2068 Evangeline Rd<br>Jennings, LA 70546 | Angelina M. Bertrand<br>*( known aliases: Angelina H. Bertrand )*<br>2068 Evangeline Rd<br>Jennings, LA 70546 |
|---|---|
| **Case Number:**<br>12−50905 | **Social Security/Taxpayer ID Nos.:**<br>xxx−xx−0855<br>xxx−xx−9416 |
| **Attorney for Debtor(s) (name and address):**<br>Christian D. Chesson<br>One Lakeshore Drive<br>Suite 1800<br>Lake Charles, LA 70629<br>Telephone number: (337) 436−5297 | **Bankruptcy Trustee (name and address):**<br>Keith A. Rodriguez<br>P. O. Box 3445<br>Lafayette, LA 70502<br>Telephone number: (337) 233−4413 |

### Meeting of Creditors:

**Date: September 6, 2012      Time: Debtor − 8:15 AM   Creditor − 11:15 AM**

**Location: Federal Court House, 1st Floor Courtroom, 611 Broad Street, Lake Charles, LA**

**NOTICE IS HEREBY GIVEN: DEBTORS ATTENDANCE at the meeting of creditors IS MANDATORY. FAILURE OF THE DEBTOR TO ATTEND THE MEETING OF CREDITORS MAY RESULT IN THE DISMISSAL OF THE CASE. Cell phones and pagers are not allowed in the Courthouse. All debtors must provide ORIGINAL picture identification and ORIGINAL proof of social security number to the trustee at the meeting of creditors. FAILURE TO PROVIDE REQUESTED DOCUMENTATION MAY RESULT IN DISMISSAL OF YOUR CASE.**

### Deadlines:

**Documents must be filed with the bankruptcy clerk's office by the following deadlines:**

**11 U.S.C. §521 Compliance:**

Failure to file the documents required by 11 U.S.C. §521(a)(1) within the time periods set forth therein (unless extended by Order of the Court), and to comply with any Deficiency Notice issued by the Clerk of the Bankruptcy Court may result in the "automatic" dismissal" of the case.

**Deadlines continued on Page 2**

## Deadlines Continued:

**Deadline to File Certificate of Completion of Course in Personal Financial Management (Official Form 23):**
Debtor(s) must file Official Form 23 no later than the last payment made by the Debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a motion to reopen the case to allow for the filing of the Official Form 23, the debtor(s) must pay the full reopening fee due for filing the motion.

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **12/5/12**

**For a governmental unit:** Other than a claim resulting from a tax return filed under §1308, not later than 180 days after the date of the order for relief. For a claim resulting from a tax return under §1308, not later than 180 days after the order for relief or 60 days after the date of the filing of the tax return.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors

### Deadline to Object to Confirmation of Plan:
Objections to Confirmation must be filed at least seven (7) days before the Hearing on Confirmation of Plan.

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:
is determined by reference to Bankruptcy Rule 4004, 4007 and 7001.

## Hearing on Confirmation of Plan

### The hearing on confirmation will be held:

**Date:** 11/1/12 at 09:00 AM

**Location:** 611 Broad St., 1st Floor Courtroom, Lake Charles, LA

### TO OBTAIN CHAPTER 13 PLAN
The debtor has filed a plan. If filed, a copy of the Plan Summary is attached. If a plan summary has not been filed, Debtor is required to notice all creditors with a copy of the plan. The plan can be viewed and printed by logging on to PACER at https://ecf.lawb.uscourts.gov. To obtain a password, you my register at http://pacer.psc.uscourts.gov or call the Pacer Service Center at (800) 676−6856.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| **214 Jefferson Street, Suite 100**<br>**Lafayette, LA 70501** | Clerk of the Bankruptcy Court:<br>Edward A. Takara |
| Hours Open:<br>Monday – Friday 8:00 AM – 5:00 PM | Date: 7/30/12 |

**See Page 3 For Important Explanations.**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. Debtor shall comply with obligation to file required documents under 1007(b)(3) unless timely extended. Failure to do so no later than 14 days from date case commenced and the case will be dismissed sua sponte. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee, and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form can be obtained at any bankruptcy clerk's office or at our website, www.lawb.uscourts.gov. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. CLAIMS MAY BE FILED ELECTRONICALLY. For additional information on electronic filing visit our website. **Foreign Creditors:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor, through completion of the plan, is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a Complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or by logging on to PACER at https://ecf.lawb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any pleading that you file in this bankruptcy case should be electronically filed with the bankruptcy clerk's office. For additional information on electronic filing visit our website at www.lawb.uscourts.gov. You may inspect all documents filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office or by logging on to Pacer at https://ecf.lawb.uscourts.gov. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**NOTICE OF PLAN INFORMATION**

The confirmation hearing shall be the hearing on (1) confirmation of debtor(s)' plan, (2) debtor(s)' request for adquate protection, (3) debtor(s)' request for valuation of security, and (4) compensation for debtor(s)' attorney.

**OBJECTIONS TO ANY OF THE ABOVE MUST BE IN WRITING AND MUST BE FILED WITH THE COURT AND SERVED ON DEBTOR(S), DEBTOR(S)' COUNSEL AND THE TRUSTEE AT LEAST SEVEN (7) DAYS PRIOR TO THE ABOVE DATE SET FOR THE CONFIRMATION HEARING.**

Timely filed objections will be heard at the confirmaton hearing. Absent objections(s), the court may at the hearing, (1) confirm the debtor(s)' plan pursuant to 11 USC § 1325, (2) allow the payment of adequate protection pursuant to 11 USC § 361, (3) determine the security value of debtor(s)' property for claims purposes pursuant to 11 USC § 506, and (4) set the amount of compensation of debtor(s)' counsel pursuant to 11 USC § 330 and § 331.

**BANKRUPTCY FRAUD**

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 300 Fannin, Room 4003, Shreveport, Lousiana 71101 and/or by calling (318) 676–3456.