Form ntctrclm

Form ntctrclm

# United States Bankruptcy Court
## Western District of Louisiana

Case No.: 12−50905
Chapter: 13
Judge: Robert Summerhays

**In Re:**

| | |
|---|---|
| Jeremy R. Bertrand<br>2068 Evangeline Rd<br>Jennings, LA 70546 | Angelina M. Bertrand<br>aka Angelina H. Bertrand<br>2068 Evangeline Rd<br>Jennings, LA 70546 |

**Social Security No.:**
xxx−xx−0855    xxx−xx−9416

**Employer's Tax I.D. No.:**

---

### NOTICE OF TRANSFER/ASSIGNMENT OF CLAIM

Please be advised that a Transfer/Assignment of Claim was filed in the above case.

**Document Number:**

*37* − Assignment/Transfer of Claim Not Waived. Transfer Agreement 3001 (e) 2 From Transferor: CitiMortgage, Inc. (Claim No. 6) Transferred To Federal National Mortgage Association. Filed by Federal National Mortgage Association on 2/12/2014. Fee Amount $25 (Goldberg, Andrew)

Pursuant to Bankruptcy Rule 3001, notice is hereby given that any objections to Transfer/Assignment of said claim must be filed in writing within twenty−one (21) days from the date of this notice with the Clerk, U.S. Bankruptcy Court, **214 Jefferson Street, Suite 100, Lafayette, Louisiana** . If an objection is timely filed, the court will schedule and notice the matter for a hearing.

IF NO TIMELY OBJECTIONS ARE FILED, THE CLAIM SHALL BE DEEMED TRANSFERRED WITHOUT FURTHER NOTICE OR ACTION BY THE COURT.

Date: 2/12/14

UNITED STATES BANKRUPTCY COURT
Edward A. Takara, Clerk

By: **Michele Comeaux**
Deputy Clerk

```
                            United States Bankruptcy Court
                             Western District of Louisiana
```

In re:                                                          Case No. 12-50905-RRS
Jeremy R. Bertrand                                              Chapter 13
Angelina M. Bertrand
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0536-2          User: mcomeaux           Page 1 of 1           Date Rcvd: Feb 12, 2014
                              Form ID: ntctrclm        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2014.
db/jdb       +Jeremy R. Bertrand,   Angelina M. Bertrand,   2068 Evangeline Rd,   Jennings, LA 70546-3926
             +Federal National Mortgage Association,   c/o Seterus Inc.,   POB 2008,
               Grand Rapids, MI 49501-2008
             +Federal National Mortgage Association,   c/o Sterus Inc.,   POB 2206,
               Grand Rapids, MI 49501-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2014 at the address(es) listed below:
              Christian D. Chesson    on behalf of Debtor Jeremy R. Bertrand klatour@cleanslate.com,
               breid@cleanslate.com
              Keith A. Rodriguez    ecf@keithrodriguez.com
              Office of  U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
                                                                                             TOTAL: 4